IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00044-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DENNIS LEE JOHNSON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion for Restitution Order, (Doc. No. 34), with which the defendant agrees.

The defendant pled guilty to possessing child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). (Doc. No. 3: Indictment; Doc. No. 19: Plea Agreement). At sentencing, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 31: Judgment at 6). The government has now timely proposed a victim and loss, supported by a preponderance of the evidence, that constitutes a final determination for purposes of ordering mandatory restitution under 18 U.S.C. § 2259. (Doc. No. 44: Motion).

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the government's motion, the Judgment in this case, (Doc. No. 31), shall be amended to include a final restitution figure of $3,000 to the victim "April" ("aprilblonde" Series), payable to:

"Restore the Child in Trust for April"
Restore the Child, PLLC
Attn: Tanya Hankins
2522 N. Proctor St., Ste 85
Tacoma, Washington 98406

The Court has considered the financial and other information contained in the Presentence Report, (Doc. No. 27), and finds that the following is feasible. Payment of the criminal monetary penalties shall be due and payable immediately. If the defendant is unable to pay any monetary penalty immediately, during the period of imprisonment payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program. Upon release from imprisonment any remaining balance shall be paid in monthly installments of no less than $50 to commence within 60 days, until paid in full. Throughout the period of supervision the probation officer shall monitor the defendant's economic circumstances and shall report to the court, with recommendations as warranted, any material changes that affect the defendant's ability to pay any court ordered penalties.

All other terms of the original Judgment, (Doc. No. 31), remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: June 7, 2022

Robert J. Conrad, Jr.
United States District Judge